# UNITED STATES DISTRICT COURT

for the
District of South Dakota

IN THE MATTER OF THE SEARCH OF:

The property located ████████████
████████████
████ and to search any curtilage,
outbuildings, and persons or vehicles on the
property; and the content of any computer
and electronic storage devices

)
)
)
)
)
)
)
)

Case No.  5:20-mj-03

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason
to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE "ATTACHMENT A", which is attached to and incorporated in this Application and Affidavit

located in the District of _____ South Dakota _____, there is now concealed *(identify the person or describe the property to be seized)*:

SEE "ATTACHMENT B", which is attached to and incorporated in this Application and Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1111 | Murder |

The application is based on these facts:

☒  Continued on the attached affidavit, which is incorporated by reference.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.
☐ Your applicant requests that no notice be given prior to the execution of the search warrant, i.e., "no knock",
the basis of which is set forth in the attached affidavit.
☐ Your applicant requests authorization to serve the search warrant any time day or night pursuant to Fed. R.
Crim. P. 41(e)(2)(A)(ii), the basis of which is set forth in the attached affidavit.

_____
*Affiant Signature*
Special Agent Christian Corwin

Sworn to before me and:   ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date:  1-3-2020

_____
*Judge's signature*

City and state:  Rapid City, SD _____

_____
Daneta Wollmann, U.S. Magistrate
*Printed name and title*

# UNITED STATES DISTRICT COURT
### for the
### District of South Dakota

In the Matter of the Search of:

|  |  |
|---|---|
| The property located at ███████████<br>███████████████<br>███████████████ and to search any curtilage,<br>outbuildings, and persons or vehicles on the<br>property; and the content of any computer<br>and electronic storage devices | )<br>)<br>)<br>)<br>)<br>) |

Case No.  5:20-mj-03

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of ___South Dakota___  *(identify the person or describe the property to be searched and give its location)*:

See **ATTACHMENT A**, attached hereto and incorporated by reference

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of a crime in violation of 18 U.S.C. § 1111 as described in **ATTACHMENT B**, attached hereto and incorporated by reference.

I find that the affidavit, or any recorded testimony, establishes probable cause to search and seize the person or property.

                                                                                                                                                    X

**YOU ARE COMMANDED** to execute this warrant on or before _____ Jan 15, 2020 _____ *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.      ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Daneta Wollmann___ .
                                                                                                    *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*.          ☐ until, the facts justifying, the later specific date of _____.

☐ I find that good cause has been established to authorize the officer executing this warrant to not provide notice prior to the execution of the search warrant, i.e., "no knock".

Date and time issued: _____ 1-3-2020 at 5:55am _____

*Danetall*
*Judge's signature*

City and state:  ___Rapid City, SD___          ___Daneta Wollmann, U.S. Magistrate___
                                                                         *Printed name and title*

cc: AUSA Collins

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 5:20-mj-03 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

*Executing officer's signature*

*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF:

The property located at ███████
████████████████ and
to search any curtilage, outbuildings, as
well as persons or vehicles on the
property as well as the content of any
computer and electronic storage devices

CASE NUMBER: 5:20-mj-03

**AFFIDAVIT IN SUPPORT OF
SEARCH WARRANT
APPLICATION**

**SEALED**

State of South Dakota )
                      ) ss
County of Pennington  )

I, Christian M. Corwin, Special Agent, Federal Bureau of Investigation, after being duly sworn under oath, state as follows:

1.      I have been a duly authorized Special Agent with the Federal Bureau of Investigation (FBI) since January 2009. I have received law enforcement training from the FBI Academy in Quantico, Virginia. I am authorized and assigned to investigate crimes in violation of federal law. The following information is based on investigation by fellow FBI special agents, Bureau of Indian Affairs (BIA) special agents, and other law enforcement officers.

2.      I am aware that 18 U.S.C. § 1111 criminalizes murder.

3.      The facts set forth in this affidavit are based on my personal knowledge; knowledge obtained from other individuals, including other law enforcement officers; interviews of persons with knowledge; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

This affidavit contains information necessary to support probable cause for this application and does not contain every material fact that I have learned during the course of this investigation; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

**ITEMS TO BE SEARCHED FOR AND SEIZED**:

4.     This affidavit is submitted in support of an application for a search warrant for the property located at ████████████████████████



(referred to hereinafter as SUBJECT PREMISES and photographically depicted in Attachment C).  Additionally, your affiant seeks the warrant to authorize the search of any vehicles, outbuildings, or detached garages and the curtilage on the property; any persons on the property; and the content of any computer and electronic storage devices, cellular phones, tablets, and any other electronic storage devices, including but not limited to external and internal hard drives, thumb drives, flash drives, gaming devices with storage capability, storage discs, SD cards, cameras, cellular phones, smart phones and phones with photo-taking and/or internet access capabilities.  I respectfully request the Court permit law enforcement to seize all such electronic devices located on the premises and further, to access and search the contents of said electronic devices without seeking an additional or separate warrant.

6.     The warrant is being obtained in order to search for contraband and evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 1111, murder.

## PROBABLE CAUSE AND BACKGROUND OF THE INVESTIGATION

12.    On January 3, 2020, at 1:23 a.m., FBI Special Agent Erik Doell received notification of a homicide occurring at the SUBJECT PREMISES in Pine Ridge.  The victim, Casey Long, was residing at the residence with his girlfriend, Kayhala Chief Eagle – neither are the owner of the home.  The shooting occurred around 12:40 a.m.  Also present at the time of the shooting was Kayla Eagle Bull and potentially Linden Bacon.   Several neighbors heard multiple gunshots.

13.    Oglala Sioux Tribe Department of Public Safety officers responded to the scene and found the victim perishing inside the home and a female holding him.  It appears that Long was shot through the front door of the house as there are multiple bullet holes in the door.  The body was located to the left side of the door.  Law enforcement observed several pools of blood near the body.  There are also shell casings outside of the home, but they may be unrelated to the homicide based on the caliber of those casings compared to the size of the holes in the door.

14.    The coroner called a time of death shortly after law enforcement arrived and law enforcement removed the females from the home.  The body remains inside the home.  The home is currently under surveillance by law enforcement awaiting this warrant.

15.    The assailant is unknown at the time of this application.

3

### REQUEST FOR SEALING OF APPLICATION/AFFIDAVIT

16.     I request that the Court order that all papers submitted in support of this application, including this affidavit, the application, the warrant, and the Order itself, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all the targets of the investigation.   Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

### CONCLUSION

17.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that there exists evidence of a crime, contraband, instrumentalities, and/or fruits of violations of criminal laws as specified herein, are located at the SUBJECT PREMISES, described further in Attachment A.  I respectfully request that this Court issue a search warrant for the SUBJECT PREMISES, authorizing the seizure and search of the items described in Attachment B.

_____
Special Agent Christian Corwin
Federal Bureau of Investigation

SUBSCRIBED and SWORN to in my presence
this _____ 3rd ___ day of January, 2020.

_____
DANETA WOLLMANN
U.S. MAGISTRATE JUDGE

4

### ATTACHMENT A
### Property to Be Searched

- The property located at ████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████████

  ████████████████████████ (also referred to in the affidavit as

  SUBJECT PREMISES and photographically depicted in Attachment C).

- any vehicles;

- outbuildings or detached garages and the curtilage on the property;

- and any persons on the property;

- the content of any computer and electronic storage devices, cellular

  phones, tablets, and any other electronic storage devices, including

  but not limited to external and internal hard drives, thumb drives,

  flash drives, gaming devices with storage capability, storage discs, SD

  cards, cameras, cellular phones, smart phones and phones with photo-

  taking and/or internet access capabilities.  I respectfully request the

  Court permit law enforcement to seize all such electronic devices

  located on the premises and further access and search the contents of

  said electronic devices without seeking an additional or separate

  warrant.

## **ATTACHMENT B**

### **ITEMS TO BE SEIZED**

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Section 1111.

6

**ATTACHMENT C**